388

160 A.3d 789

K.G.M. and R.M.

v.

J.A.V. (Deceased) and S.V.

Petition of: S.V.

No. 366 WAL 2016

Supreme Court of Pennsylvania.

November 3, 2016

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.